IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TOM MICHAELS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LONGS DRUG STORES ) <br> CALIFORNIA, LLC; DOES 1-20; ) <br> DOE CORPORATIONS 1-20; DOE ) <br> PARTNERSHIPS 1-20; DOE NON- ) <br> PROFIT CORPORATIONS 1-20; ) <br> DOE GOVERNMENTAL ) <br> AGENCIES 1-20, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL 14-00396-ACK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 08, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ORDER OF REMAND," docket entry no. 15, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 28, 2014



_____
Alan C. Kay
Senior United States District Judge

Michaels v. Longs Drugs Stores, Civ. No. 14-00396 ACK KSC; Order Adopting Magistrate Judge's Findings and Recommendation